```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 06944
    GLEN E MILTON
    BARBARA S MILTON                             CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-0209     SSN XXX-XX-1602


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/24/08 and confirmed on 08/28/08.

    2.  The case was dismissed after confirmation, 12/12/2008.

    3.  The Debtor paid a total of $   3608.60 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | 1417.34 | .00 | 1417.34 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CARY BORTNIK MD | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF OTTAWA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JOHN CANTLIN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE GOLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST COMMUNITY HO | UNSECURED | NOT FILED | .00 | .00 |
| DIANA MILTON | CHILD SUPPORT | NOT FILED | .00 | .00 |

```
            Summary of disbursements:
-------------------------------------------------------------------------------
            SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      1417.34         .00         .00         .00     1417.34
PRINCIPAL PAID          1417.34         .00         .00         .00     1417.34
INTEREST PAID               .00         .00         .00         .00         .00
TOTAL PAID              1417.34         .00         .00         .00     1417.34
```
The Debtor's attorney, NELLA E MARIANI                 , was allowed $   3500.00
and was paid $   1500.00   direct and $   2000.00   through the plan.

The Trustee received $     191.26 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE